JAMES E. BODDY, JR. (BAR NO. 65244)
JBoddy@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KATHRYN M. DAVIS (BAR NO. 203454)
KathrynDavis@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
Walnut Creek, California 94596-8130
Telephone: (925) 295-3300
Facsimile: (925) 946-9912

Attorneys for Defendants
INTERSTATE HOTELS & RESORTS INC.
alleged successor in interest to MERISTAR
HOTELS & RESORTS, INC. dba EMBASSY
SUITES, MIP WALNUT CREEK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GYPSIE JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>INTERSTATE HOTELS & RESORTS INC., a Delaware corporation, SUCCESSOR IN INTEREST TO MERISTAR HOTELS & RESORTS, INC. dba EMBASSY SUITES, MIP WALNUT CREEK, LLC, a Delaware Limited Liability Company, and DOES ONE to FIFTY, inclusive,<br><br>            Defendants. | No.     C 06 4635 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO RELATED TO CASE CALENDAR** |

1  Plaintiff Gypsie Jones ("Plaintiff") and Defendants Interstate Hotels & Resorts Inc.
2 alleged successor in interest to Meristar Hotels & Resorts, Inc. dba Embassy Suites, MIP Walnut
3 Creek, LLC ("Defendants"), by and through their counsel, hereby stipulate as follows:
4  WHEREAS Plaintiff's claims are related to the Embassy Suites Hotel located at
5 1345 Treat Blvd., Walnut Creek, California (the "Hotel");
6  WHEREAS Defendants and Plaintiff have begun discussions related to settling Plaintiff's
7 claims;
8  WHEREAS MIP Walnut Creek, LLC is in the process of selling the Hotel and the Hotel's
9 Buyer is amenable to participating in the settlement negotiations and thereby resolve fully
10 Plaintiff's claim;
11  WHEREAS the Case Calendar includes the following impending scheduled events

| Date | Event |
|---|---|
| 10/25/2006 | Last Day to respond to Complaint (Third Stipulation Extending Response Date) |
| 10/30/2006 | Last Day for parties to complete initial disclosures (Scheduling Order) |
| 11/6/2006 | Last Day for parties and counsel to hold joint inspection of premises (Scheduling Order) |
| 11/21/2006 | Last Day for parties to meet and confer in person to discuss settlement (Scheduling Order) |
| 12/21/2006 | Last Day for Plaintiff to file "Notice of Need for Mediation" (Scheduling Order) |

18  WHEREAS the parties require additional time to complete the sales transaction and the
19 settlement discussions;
20  THEREFORE the Case Calendar shall be continued for five (5) weeks such that

| Date | Event |
|---|---|
| 11/29/2006 | Last Day to respond to Complaint (Third Stipulation Extending Response Date) |
| 12/4/2006 | Last Day for parties to complete initial disclosures (Scheduling Order) |
| 12/11/2006 | Last Day for parties and counsel to hold joint inspection of premises (Scheduling Order) |

Case 3:06-cv-04635-MEJ   Document 7   Filed 10/25/06   Page 3 of 4

| Date | Event |
|---|---|
| 12/26/2006 | Last Day for parties to meet and confer in person to discuss settlement (Scheduling Order) |
| 1/25/2007 | Last Day for Plaintiff to file "Notice of Need for Mediation" (Scheduling Order) |

AGREED TO BY STIPULATION.

JAMES E. BODDY, JR.
KATHRYN M. DAVIS
MORRISON & FOERSTER LLP

Dated: October 24, 2006			By:  /s/ James E. Boddy
					James E. Boddy

					Attorneys for Defendants
					INTERSTATE HOTELS & RESORTS INC.
					alleged successor in interest to MERISTAR
					HOTELS & RESORTS, INC. dba
					EMBASSY SUITES, MIP WALNUT
					CREEK, LLC


JASON K. SINGLETON
RICHARD E. GRABOWSKI
SINGLETON LAW GROUP


Dated: October 24, 2006			By: /s/ Jason K. Singleton
					Jason K. Singleton

					Attorneys for Plaintiff
					GYPSIE JONES

**ORDER**

IT IS SO ORDERED:

DATED: October 25, 2006

The Honorable Judge Maria-Elena James

STIPULATION AND [PROPOSED] ORDER TO RELATED TO CASE CALENDAR			3
NO. C 06 4635 MEJ
wc-125046

1  I, James E. Boddy, Jr., am the ECF User whose ID and password are being used to file
2  this stipulation. In compliance with General Order 45, X.B., I hereby attest that Jason K.
3  Singleton has concurred in this filing.