IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES, | No. C-06-4635 MEJ |
| Plaintiff, | **ORDER FOR CLERK TO CLOSE THE FILE** |
| vs. | |
| INTERSTATE HOTELS & RESORTS INC., et al., | |
| Defendants. / | |

On December 22, 2006 ,the parties, pursuant to F.R.C.P. 41(a)(1), submitted to the Court, a Stipulation of Dismissal with prejudice in the above-captioned case. Accordingly, the Court hereby ORDERS the Clerk of Court to close the file. .

**IT IS SO ORDERED.**

Dated: September 26, 2007

MARIA-ELENA JAMES
United States Magistrate Judge